UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LUCINDA RICHARD AND ANGELINA
MURPHY

VERSUS

LIFE SOURCE SERVICES, LLC, ET AL.

CIVIL ACTION

NO. 11-224-RET-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 5, 2011 (doc. no. 6) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion to Remand (doc. no. 4) is GRANTED IN PART AND DENIED IN PART in that the motion to remand is GRANTED and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, and the motion for attorney's fees and costs are DENIED.

Baton Rouge, Louisiana, August 3, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA